# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ECOLAB, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:97CV304** |
| vs. ) | |
| ) | **ORDER** |
| **PARACLIPSE, INC., d/b/a Paraclipse** ) | |
| **Automated Insect Control Division,** ) | |
| ) | |
| **Defendant.** ) | |

This case has been stayed since December 17, 2003 pending the outcome of a reexamination proceeding in the United States Patent and Trademark Office concerning Ecolab's '690 patent.

**IT IS ORDERED** that the parties shall electronically file a joint status report concerning the progress of the reexamination proceeding on or before October 20, 2006.

**DATED September 21, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**