# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ECOLAB, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:97CV304** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **PARACLIPSE, INC., d/b/a Paraclipse** | ) | |
| **Automated Insect Control Division,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This case has been stayed since December 17, 2003 pending the outcome of a reexamination proceeding in the United States Patent and Trademark Office concerning Ecolab's '690 patent.  By status report [352], counsel advised that Ecolab has appealed the August 6, 2005 Office Action constituting a Final Rejection of Ecolab's claims.  Apparently, the matter has been fully briefed since May 15, 2006 and is pending before the Board of Patent Appeals and Interferences of the U.S. Patent and Trademark Office.

The parties did not disclose the relevant docket number(s), and the court was unable to obtain any docket information from the United States Patent and Trademark Office via the website link provided by the parties.

**IT IS ORDERED** that the parties shall electronically file a joint status report no later than **December 15, 2006** concerning the progress of the reexamination proceeding.  The status report shall include a copy of all relevant docket sheet(s) generated in the proceeding before the Board of Patent Appeals and Interferences.

**DATED December 4, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**