IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ECOLAB, INC., | No. CV: 8:97CV304 |
| Plaintiff, | **ORDER** |
| v. | |
| PARACLIPSE, INC., | |
| Defendant. | |

This matter came before the Court on the Motion for Leave to Withdraw as Counsel filed by John P. Passarelli and Kutak Rock LLP in the above-captioned matter. The Court, being fully advised, hereby finds as follows:

IT IS ORDERED that the Motion for Leave to Withdraw as Counsel filed by John P. Passarelli and Kutak Rock LLP is hereby granted and John P. Passarelli is allowed to withdraw as counsel for Plaintiff Ecolab, Inc. in the above matter.

DATED February 22, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge