# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ECOLAB, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PARACLIPSE, INC., )<br>)<br>Defendant. ) | 8:97CV304<br><br>ORDER |

This is before the court on the joint correspondence from counsel requesting the court schedule a status conference hearing. Therefore,

**IT IS ORDERED:**

1. A telephonic status conference hearing is set for **Thursday, March 20, 2008 at 9:30 A.M. (Central Time).** The call will be initiated by plaintiff's counsel.

2. Counsel who wish to participate in the call are directed to contact plaintiff's counsel, Rachel Zimmerman, to make such arrangements.

3. All filings are docketed and notifications sent through the court's Electronic Case Filing system. Therefore, counsel shall update all contact information through the Clerk's Office at clerk@ned.uscourts.gov no later than the close of business on **Friday, March 14, 2008.**

Dated this 5th day of March 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge