# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ECOLAB, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:97CV304 |
| vs. ) | |
| ) | ORDER |
| PARACLIPSE, INC., ) | |
| ) | |
| Defendant. ) | |

Following a conference with counsel on March 20, 2008,

**IT IS ORDERED:**

1. Plaintiff is given until and including **April 3, 2008** to file a renewed MOTION IN LIMINE TO EXCLUDE, OR LIMIT, THE TESTIMONY OF DEFENDANT'S EXPERTS, *see* Doc. [258]. Defendant is given 28 calendar days in which to respond to the renewed motion. Plaintiff may file a reply brief within the time allowed by NECivR 7.1(c).

2. Defendant shall file its proposed schedule no later than **March 27, 2008.**

**DATED March 20, 2008.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**