IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ECOLAB, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:97CV304 |
| | ) | |
| vs. | ) | |
| | ) | |
| PARACLIPSE, INC., | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on Plaintiff Ecolab, Inc.'s Unopposed Motion to Extend the Deadline for Filing a Renewed Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts. The Court, having been fully apprised as to the circumstances of the Motion, finds that the Motion should be granted.

IT IS HEREBY ORDERED that the deadline for Plaintiff Ecolab, Inc. to file a renewed Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts is April 10, 2008. Further, Defendant is given 28 calendar days in which to respond to the renewed motion and Plaintiff may file a reply brief within the time allowed by NECivR 7.1(c).

**DATED April 2, 2008.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**