IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ECOLAB, INC.,** | ) | **CASE NO. 8:97CV304** |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| **PARACLIPSE, INC.,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Plaintiff Ecolab, Inc.'s Unopposed Motion to Extend Deadline to File a Reply Brief in Support of Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts, Filing No. 386, and Plaintiff's request for an Oral Argument on its Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts, Filing No. 376.  The Court, having been fully apprised as to the circumstances of the Motions, finds that the Motion to Extend Time should be granted and further, that oral argument on the Motion in Limine should be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff Ecolab, Inc.'s Unopposed Motion to Extend Deadline to File a Reply Brief in Support of Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts, Filing No. 386, is granted;

2. Plaintiff Ecolab, Inc. shall file its reply brief in support of its Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts on or before May 27, 2008;

3. Plaintiff Ecolab, Inc.'s request for an Oral Argument on its Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts, Filing No. 376, is granted;

4. The Court shall hear oral arguments on the Motion in Limine to Exclude, or Limit, the Testimony of Defendant's Experts on June 9, 2008 at 9:30 a.m., the scheduled date for the Markman hearing in this matter; and

5. The Court has set aside two hours and thirty minutes for both the Markman hearing and arguments on the Motion in Limine. The Court requests that any testimony be submitted in the form of affidavits in advance of the hearing. If a party intends to offer live testimony at the hearing, the party must notify the Court of its intention to do so by 4:00 p.m. on May 23, 2008.

DATED this 19th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge