# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ECOLAB, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:97CV304 |
| vs. | ) | |
| | ) | ORDER |
| PARACLIPSE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion (Doc. 411) of Paraclipse, Inc. to stay the pretrial schedule pending the district court's ruling on its motion for summary judgment. The court has considered the history of the case, together with Ecolab's response in opposition (Doc. 414), and finds that the motion should be denied.

**IT IS SO ORDERED.**

**DATED October 15, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge