# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ECOLAB, INC., | ) | |
| | ) | |
|        Plaintiff, | ) | |
| | ) | 8:97CV304 |
| vs. | ) | |
| | ) | ORDER |
| PARACLIPSE, INC., | ) | |
| | ) | |
|        Defendant. | ) | |

       This matter came before the Court on the parties' Stipulated Motion for a Brief Stay and a Resetting of Deadlines Relating to Nonexpert Motions in Limine (Doc. 423). The Court, having been fully apprised as to the circumstances of the Motion, finds that the parties' Stipulated Motion should be granted.

       **IT IS ORDERED** that the motion (Doc. 423) is granted, as follows:

       (1)    proceedings in this case are stayed through November 25, 2008;

       (2)    the deadline for filing motions in limine not involving expert witnesses is reset to December 2, 2008; and

       (3)    the deadlines for filing responses to said motions are set at December 8, 2008 and replies, if any, in support of said motions at December 12, 2008.

       **DATED November 6, 2008.**

                                             BY THE COURT:

                                             s/ F.A. Gossett
                                             **United States Magistrate Judge**